UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GARCIA-CASTILLO,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-00058-DAD-AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 11)

Petitioner Francisco Garcia-Castillo, A-File No. 205-717-029, is a federal immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 11.) Specifically, the magistrate judge found that petitioner could not be detained pursuant to 8 U.S.C. § 1225(b), and that petitioner is entitled to his release due to respondents' failure to assert an alternative lawful basis for petitioner's detention. (Doc. No. 11 at 5–6); *See Cardenas v. Chestnut*, No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871, at *1 (E.D. Cal. Mar. 20, 2026) (ordering the petitioner's immediate release where the respondent failed to identify an applicable

1

detention statute to justify the petitioner's detention). The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 7.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above:

1. The findings and recommendations issued on April 22, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to immediately release petitioner Francisco Garcia-Castillo, A-File No. 205-717-029, from respondents' custody under the same conditions he was subject to prior to his re-detention;

    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances or as required by 8 U.S.C. § 1231(a)(2), without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 1236.1(c)(8); and

    c. Respondents are ORDERED to return all of petitioner's documents and possessions upon his release from custody;

3. The Clerk of the Court is directed to serve the California City Detention Center with a copy of this order; and

/////

/////

/////

/////

2

4.      The Clerk of the Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE